IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Edwards, Fabian L

Printed: 7/22/08

Case Number: 07 B 19442
Judge: Hollis, Pamela S
Filed: 10/19/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 9, 2008
Confirmed: December 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,079.00 |  |
| Secured: |  | 1,798.37 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 168.37 |
| Trustee Fee: |  | 112.26 |
| Other Funds: |  | 0.00 |
| Totals: | 2,079.00 | 2,079.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Gleason & Gleason | Administrative | 3,474.00 | 168.37 |
| 2. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 5. | Balaban Furniture Ltd | Secured | 921.83 | 158.63 |
| 6. | Capital One Auto Finance | Secured | 17,711.79 | 1,639.74 |
| 7. | Rescap Mortgage | Secured | 10,455.81 | 0.00 |
| 8. | Balaban Furniture Ltd | Unsecured | 10.76 | 0.00 |
| 9. | Capital One Auto Finance | Unsecured | 647.30 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 1,306.25 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 1,135.29 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 489.92 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 1,930.00 | 0.00 |
| 14. | Miranda Edwards | Priority |  | No Claim Filed |
| 15. | American Collections & Credit | Unsecured |  | No Claim Filed |
| 16. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 17. | Illinois State Tollway | Unsecured |  | No Claim Filed |
| 18. | Credit One Bank | Unsecured |  | No Claim Filed |
| 19. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 38,082.95 | $ 1,966.74 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 112.26 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Edwards, Fabian L | Case Number: 07 B 19442 |
| | Judge: Hollis, Pamela S |
| Printed: 7/22/08 | Filed: 10/19/07 |

_____
$ 112.26

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

